IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE CHAPMAN,<br><br>  Plaintiff,<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP,<br><br>d/b/a<br><br>"LEVY RESTAURANTS"<br><br>  Defendant. | CASE NO. 1:06cv00728<br><br>Jury Trial Demanded |

## MOTION AND APPLICATION FOR
## ADMISSION OF ERIC K. BACHMAN *PRO HAC VICE*

Timothy B. Fleming, Wiggins, Childs, Quinn & Pantazis, P.L.L.C., counsel for Plaintiff in the above-styled action, moves for admission *pro hac vice* of Eric K. Bachman of the law firm of Wiggins, Childs, Quinn & Pantazis, P.L.L.C., 7 Dupont Circle, N.W., Suite 200, Washington, D.C. 20036. The basis for this Motion is set forth in the accompanying Declaration.

Respectfully submitted via electronic filing this 9th day of May, 2006.

/s/
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS, CHILDS, QUINN & PANTAZIS, P.L.L.C.
7 Dupont Circle, NW, Suite 200
Washington, D.C. 20036
(202) 467-4123
(202) 467-4489 (facsimile)
*ATTORNEY FOR THE PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE CHAPMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVY PREMIUM FOODSERVICE )<br>LIMITED PARTNERSHIP, )<br>)<br>d/b/a )<br>)<br>"LEVY RESTAURANTS" )<br>)<br>Defendant. )<br>) | CASE NO. 1:06cv00728<br><br>Jury Trial Demanded |

## DECLARATION OF ERIC K. BACHMAN

1. My full name is Eric Kenneth Bachman.

2. I am an attorney in the law firm of Wiggins, Childs, Quinn & Pantazis, P.L.L.C. I am an associate in the firm's Washington, D.C. office. The address is 7 Dupont Circle, N.W., Suite 200, Washington, D.C. 20036. The telephone number is (202) 467-4123.

3. I am a member in good standing of the United States District Court for the District of Maryland (Bar #: 16325), the Kentucky Supreme Court Bar (Bar #: 88122), the Illinois Supreme Court Bar (Bar #: 6269351), the District of Columbia Court of Appeals (Bar #: 481993), United States Court of Appeals for the Fourth Circuit and the United States District Court for the Central District of Illinois.

4. I have not been disciplined by any bar. *See* Ex. 1, Certificate of Good Standing from United States District Court for the District of Maryland.

5.  I have not been admitted *pro hac vice* to this Court previously.

I declare under the penalty of perjury that the foregoing is true and correct.

May 9, 2006

                                                  Eric K. Bachman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE CHAPMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 1:06cv00728 |
| LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, | ) Jury Trial Demanded |
| d/b/a | ) |
| "LEVY RESTAURANTS" | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* will be served with the Summons and Complaint when they are served on the Defendant.

May 9, 2006.

/s/
Timothy B. Fleming