

# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that ERIC KENNETH BACHMAN, ESQUIRE, BAR NUMBER 16325, was duly admitted to practice in the United States District Court for the District of Maryland on November 15, 2004, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland         FELICIA C. CANNON
                                                                Clerk

Date: April 20, 2006

                                                  Tina Stavrou - Deputy Clerk