UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE CHAPMAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,**<br><br>**Defendant.** | **Case No.: 1:06CV00728**<br>**Hon. James Robertson** |

### CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Levy Premium Foodservice, L.P. ("Levy"), by counsel, submits this Consent Motion for an Extension of Time to Respond to Plaintiff's Complaint.

1. On July 14, 2006, Levy was served with Plaintiff's Complaint, making its response due on or before August 3, 2006.

2. To allow sufficient opportunity to analyze Plaintiff's claims and to formulate a defense, Levy requests an extension of time until on or before August 23, 2006 to answer or otherwise respond to Plaintiff's Complaint.

3. Plaintiff consents to this extension.

4. Levy requests this extension, not for purposes of delay, but so that justice may be done.

5. For the foregoing reasons, Levy requests that the Court grant this Motion in all respects, and allow an extension until on or before August 23, 2006 for Levy to answer or otherwise respond to Plaintiff's Complaint.

Dated: July 24, 2006                                  Respectfully Submitted,

                                            LITTLER MENDELSON, P.C.

                                                          /s/
                                            Paul J. Kennedy (D.C. Bar No. 428623)
                                            1150 17th Street, N.W., Suite 900
                                            Washington, D.C. 20036
                                            Tel: (202) 842-3400
                                            Fax: (202) 842-0011
                                            Attorney for Defendant Levy Premium
                                            Foodservice, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006 I electronically filed the foregoing Consent Motion to Extend Time to Respond to Complaint and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Timothy B. Fleming, Esq.
>Eric K. Bachman, Esq.
>Wiggins, Childs, Quinn, & Pantazis, PLLC
>7 Dupont Circle, N.W.
>Suite 200
>Washington, D.C.  20036
>
>Attorneys for Plaintiff Nicole Chapman

                                        /s/
                                      Paul J. Kennedy