UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE CHAPMAN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,**<br><br>**Defendant.** | **Case No.: 1:06CV00728**<br>**Hon. James Robertson** |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Complaint and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the deadline for Defendant Levy Premium Foodservice, L.P. to respond to Plaintiff's Complaint is extended until on or before August 23, 2006.

Date:_____        _____
                                                                    James Robertson
                                                                    United States District Judge