AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nicole Chapman

**SUMMONS IN A CIVIL CASE**

V.

Levy Premium Foodservice Limited Partnership
d/b/a
"Levy Restaurants"

CASE NUMBER  1:06CV00728

JUDGE: James Robertson

DECK TYPE: Employment Discrimination

DATE STAMP: 04/21/2006

TO: (Name and address of Defendant)

Levy Premium Foodservice Limited Partnership
980 N. Michigan Avenue
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Fleming, Wiggins, Childs, Quinn & Pantazis,
PLLC, NW, Suite 200, Washington, DC 20016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        APR 2 1 2006

CLERK                              DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK