U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Nicole Chapman

vs.

Levy Premium Foodservice Limited Partnership d/b/a "Levy Restaurants"


No. 1:06CV00728 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge For All Purposes in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:27 pm on July 14, 2006, I served Levy Premium Foodservice Limited Partnership d/b/a "Levy Restaurants" c/o CT Corporation, Registered Agent at 1015 15th Street, NW, Suite 1000, Washington, DC 20005 by serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Described herein:

```
     SEX-   MALE
     AGE-   46
  HEIGHT-   5'8"
    HAIR-   BLACK
  WEIGHT-   160
    RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-17-00
                Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 173660