## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NICOLE CHAPMAN,

      Plaintiff,

      v.

LEVY PREMIUM FOODSERVICE
LIMITED PARTNERSHIP,

      Defendants.

Case No. 1:06CV00728
Hon. James Robertson

## DEFENDANT LEVY PREMIUM FOODSERVICE, L.P.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Levy Premium Foodservice, L.P. ("Levy"), certify that to the best of my knowledge and belief, Levy does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  August 23, 2006                          Respectfully submitted,


                                                 /s/
                                                 Paul J. Kennedy (Bar No. 428623)
                                                 LITTLER MENDELSON, P.C.
                                                 1150 17th Street N.W.
                                                 Suite 900
                                                 Washington, DC  20036
                                                 202.842.3400
                                                 202.842.0011 (fax)

                                                 Counsel for Defendant Levy Premium
                                                 Foodservice, L.P.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 23, 2006, I electronically filed the foregoing Defendant Levy Premium Foodservice's Disclosure Of Corporate Affiliations And Financial Interests with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy B. Fleming
Eric K. Bachman
Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, N.W.
Suite 200
Washington, D.C. 20036

Counsel for Plaintiff Nicole Chapman



/s/
Paul J. Kennedy

Firmwide:81403951.1 047948.1004