A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Nicole Chapman

        Plaintiff(s)      )
              )  **APPEARANCE**
              )
        vs.       )  CASE NUMBER  1:06cv00728

Levy Premium Foodservice Limited
Partnership, d/b/a "Levy Restaurants"
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric K. Bachman   as counsel in this
              (Attorney's Name)

case for:  Nicole Chapman
        (Name of party or parties)

September 12, 2006
Date

_(signature)_
Signature

481993
BAR IDENTIFICATION

Eric K. Bachman
Print Name

Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, NW, Suite 200
Address

Washington, DC 20036
City    State    Zip Code

(202) 467-4123
Phone Number