AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Nicole Chapman

        Plaintiff(s) )  **APPEARANCE**

        vs. ) CASE NUMBER 1:06cv00728

Levy Premium Foodservice Limited
Partnership, d/b/a "Levy Restaurants"
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Eric K. Bachman  as counsel in this
                (Attorney's Name)

case for: Nicole Chapman
        (Name of party or parties)

October 11, 2006
Date

/s/ Eric K. Bachman
Signature

Eric K. Bachman
Print Name

Wiggins, Childs, Quinn & Pantazis, PLLC
7 Dupont Circle, NW, Suite 200
Address

481993
BAR IDENTIFICATION

Washington, DC  20036
City  State  Zip Code

(202) 467-4123
Phone Number