**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLE CHAPMAN,                          :
                                         :
          Plaintiff,                     :
                                         :
     v.                                  : Civil Action No. 06-0728 (JR)
                                         :
LEVY PREMIUM FOODSERVICE LIMITED :
PARTNERSHIP d/b/a Levy                   :
Restaurants,                             :
                                         :
          Defendant.                     :

**SCHEDULING ORDER**

     After a scheduling conference held in chambers on
November 1, 2006, the parties' joint Rule 16.3 report is approved
and the proposed deadlines for discovery and dispositive motions
are approved and **SO ORDERED.**  It is,

     **FURTHER ORDERED** that a status conference is set for
**March 19, 2007 at 4:30 p.m.**  Counsel are to come to that meeting
prepared to discuss the status of discovery, their respective
settlement positions and the theories of any then-contemplated
dispositive motions.  It is

     **FURTHER ORDERED** that the final pretrial conference is
set for **September 27, 2007 at 4:30 p.m.,** and that trial will
commence at **9:30 a.m. on November 13, 2007.**  It is

     **FURTHER ORDERED** that any discovery disputes be
presented, in the first instance, by telephone conference with
the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

JAMES ROBERTSON
United States District Judge

- 2 -