IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE CHAPMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEVY PREMIUM FOODSERVICE ) | CASE NO. 1:06cv728 (JR) |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| d/b/a ) | |
| ) | |
| "LEVY RESTAURANTS," ) | |
| ) | |
|    Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS
## FOR COUNSEL WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC

PLEASE TAKE NOTICE that Timothy B. Fleming and Eric K. Bachman of the law firm WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC, have moved. The new address for the law office of said Counsel is:

>2031 Florida Avenue, N.W.
>Suite 300
>Washington, D.C. 20009

All telephone numbers and email addresses remain the same.

Dated:   January 5, 2007

                                                Respectfully Submitted,

                                                /s   Eric K. Bachman
                                                Timothy B. Fleming (D.C. Bar No. 351114)
                                                Eric K. Bachman (D.C. Bar No. 481993)
                                                **Wiggins, Childs Quinn & Pantazis PLLC**
                                                2031 Florida Avenue, N.W., Suite 300

        Washington, D.C. 20009
        202-467-4123
        202-467-4489 (facsimile)
        tfleming@wcqp.com
        ebachman@wcqp.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

By: /s/ Eric K. Bachman            .
*Attorney for Plaintiff*