**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NICOLE CHAPMAN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **LEVY PREMIUM FOODSERVICE** ) | **CASE NO. 1:06cv728 (JR)** |
| **LIMITED PARTNERSHIP,** ) | |
| ) | |
| **d/b/a** ) | |
| ) | |
| **"LEVY RESTAURANTS,"** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nicole Chapman and Defendant Levy Premium Foodservice Limited Partnership, by their attorneys, hereby stipulate to the dismissal of this litigation with prejudice and with each party bearing her or its own attorneys fees and costs.

Dated:   August 16, 2007

Respectfully Submitted,

| | |
|---|---|
| /s   Eric K. Bachman | /s    Paul J. Kennedy (with permission) |
| Timothy B. Fleming (D.C. Bar No. 351114) | Paul J. Kennedy (D.C. Bar. No. 428623) |
| Eric K. Bachman (D.C. Bar No. 481993) | **Littler Mendelson** |
| **Wiggins, Childs Quinn & Pantazis PLLC** | 1150 17th Street, N.W., Suite 900 |
| 2031 Florida Avenue, N.W., Suite 300 | Washington D.C. 20036 |
| Washington, D.C. 20009 | 202-842-3400 |
| 202-467-4123 | 202-842-0011 (facsimile) |
| 202-467-4489 (facsimile) | pkennedy@littler.com |
| tfleming@wcqp.com | |
| ebachman@wcqp.com | |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                 By:  /s/ Eric K. Bachman          .
                                                                 *Attorney for Plaintiff*